UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22842-UU

PEDRO BARBAN,

    Plaintiff,

v.

GENESIS JUNGLES LLC, *et al.*,

    Defendants.
_____/

## ORDER STRIKING ANSWER

THIS CAUSE is before the Court upon a *sua sponte* examination of the record and Plaintiff's Motion to Strike the Answer of Genesis Jungle, LLC (D.E. 9).

THE COURT has considered the pertinent portions of the record and is otherwise fully advised of the premises.

On September 2, 2015, Defendant, Barbara Medina, proceeding *pro se*, filed an answer on behalf of Defendant, Genesis Jungles LLC ("Genesis"). D.E. 7. Because Genesis is a corporation, it may only appear through counsel duly licensed and authorized to practice in the state and before the Court. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, it is hereby

ORDERED AND ADJUDGED that the Defendants' Answer, (D.E. 7), is STRICKEN. Defendant, Genesis Jungles LLC SHALL file a response, certified by a duly licensed attorney, within the applicable time period permitted under Federal Rule of Civil Procedure 4. Failure to do so, will result in entry of a default against this Defendant. It is further

ORDERED AND ADJUDGED that Plaintiff's Motion to Strike the Answer of Genesis Jungles, LLC Based Upon It Not Being Unrepresented by Counsel (D.E. 9) is GRANTED.

DONE AND ORDERED in Chambers, in Miami, Florida this 2d day of September, 2015.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
*pro se* Defendant