UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

Case No.: 1:15-CV-22842-UU

PEDRO J. BARBAN and all others similarly )
Situated under 29 U.S.C. 216(b), )
)
       Plaintiff, )
vs. )
)
GENESIS JUNGLES, LLC; BARBARA )
MEDINA and HARRY NELSON, )
)
       Defendants. )
_____)

## DEFENDANT, HARRY NELSON'S MOTION TO QUASH SERVICE OF PROCESS

The Defendant, Harry Nelson, by and through his undersigned attorney, moves the court for the entry of an order pursuant to FRCP 4(e)(2) quashing service of process upon him and in support thereof, states as follows:

1. The Plaintiff's attempted service of process upon Harry Nelson is not in compliance with FRCP 4(e)(2) for the following reasons:

    A. There was a failure to deliver the Summons and Complaint to the individual, Harry Nelson.

    B. There was a failure to deliver a copy of the Summons and Complaint to the individual, Harry Nelson's dwelling or usual place of abode with someone of suitable age and discretion who resides there.

        C.      There was a failure to deliver a copy of the Summons and Complaint to an agent authorized to receive service of process for Harry Nelson.

2.      In support thereof, attached hereto as *Exhibit A* is the Affidavit of Mario Santos, dated October 15, 2015, the individual who received the Summons and Complaint directed to Harry Nelson on October 12, 2012 (copy of Summons attached as *Exhibit B*) which establishes the following:

        A.      That the location of service is a warehouse used by Genesis Jungles, LLC and not a dwelling or abode occupied by anyone.

        B.      That the affiant does not reside there but instead resides with his wife elsewhere.

        C.      That the affiant has never lived with Harry Nelson.

        D.      That the affiant is not related to Harry Nelson.

        E.      That Harry Nelson does not reside in the warehouse where the Summons and Complaint was delivered to Mr. Santos.

3.      Therefore, based upon the foregoing, there was no service of process upon Harry Nelson as a matter of law and as such, service of process should be quashed by the court as the above-cited rule of procedure is specific as to the method of service on an individual. Furthermore, the method of service of process utilized by the Plaintiff herein is also not in compliance with the laws of the State of Florida as outlined in subsection 1 of Rule 4(e) as the method of service of process under state law is essentially identical to that outlined in Rule 4(e)(2).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **19th** day of **October, 2015** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via Notices of Electronic Filing generated by CM/ECF on **Steven C. Fraser, Esq.** and **Jamie H. Zidell, Esq.**, Counsel for Plaintiff, J.H. Zidell, P.A., 300 71st St, Suite 605, Miami Beach, FL 33141; steven.fraser.esq@gmail.com / zabogado@aol.com.

DAVID R. HOWLAND, ESQ.
Counsel for Defendants
Law Offices of David R. Howland
1450 Madruga Avenue, Suite 203
Coral Gables, FL 33146
Telephone: 305-662-9510
Facsimile: 305-662-4339
E-Mail: davidrhowland@howlandlaw.com

By: /s/ David R. Howland
DAVID R. HOWLAND, ESQ.
FL Bar No. 127763

## AFFIDAVIT OF MARIO SANTOS

STATE OF FLORIDA           )
                           ): ss
COUNTY OF MIAMI-DADE       )

Before me, the undersigned authority, personally appeared Mario Santos, who after first being duly sworn, deposes and states as follows:

1. My name is Mario Santos and I live at 12140 SW 186 Street, Miami, FL 33177. I have lived at this address with my wife for the past 28 years. I am a legal resident of the United States and attached is my Resident Alien card.

2. On October 12, 2015, I was at work at the warehouse of Genesis Jungles, LLC located at 4784 SW 75 Ave, Miami, FL. I install and maintain irrigation systems for the company and its clients. On that date, I was served with a lawsuit directed to Harry Nelson. No one lives at this warehouse. I am not related to Harry Nelson and I have never lived with him anywhere. Harry Nelson does not live at this address which is a warehouse used by the company and which doesn't have living quarters.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Mario Santos

Sworn and subscribed before me this 15th day of October, 2015 by Mario Santos who produced Florida Driver License S532-541-48-019-1 as identification.

_____
Notary Public, State of Florida

My commission expires:



ANA M. GUSO
Notary Public - State of Florida
My Comm. Expires Dec 7, 2017
Commission # FF 069519

**EXHIBIT A**





# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PEDRO J BARBAN and all others similarly ) 15-CV-22842-Ungaro/Otazo-Reyes
situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
Defendants. )
_____ )

10/12/201?

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
HARRY NELSON
9240 SW 157 Place
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 31, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

**EXHIBIT B**