UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22842-CIV-UNGARO/OTAZO-REYES

PEDRO BARBAN,

    Plaintiff,

v.

GENESIS JUNGLES LLC,
BARBARA MEDINA, and
HARRY NELSON,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Defendant Harry Nelson's ("Nelson") Motion to Quash Service of Process (hereafter, "Motion") [D.E. 26]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 27].

Upon review of the case docket, it appears that Plaintiff Pedro Barban's ("Barban") response to the Motion was due on November 2, 2015. To date, however, Barban has failed to file a response to the Motion. Pursuant to Rule 7.1 of the Local Rules for the Southern District of Florida, failure to respond "may be deemed sufficient cause for granting the motion by default." Accordingly, it is

ORDERED AND ADJUDGED that on or before **December 8, 2015** Barban shall show cause why Nelson's Motion should not be granted by default. In the alternative, Barban shall file a response in opposition to the Motion by the same date.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of November, 2015.

*Alicia Otazo Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Ursula Ungaro
      Counsel of Record