UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-22842-UU

PEDRO J. BARBAN and all others similarly    )
situated under 29 U.S.C. 216(b),            )
                                            )
                                            )
            Plaintiff,                      )
      vs.                                   )
GENESIS JUNGLES, LLC; BARBARA               )
MEDINA; and HARRY NELSON                    )
                                            )
            Defendants.                     )
_____

## PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO QUASH SERVICE

Come Now Plaintiff Pedro J. Barban, by and through undersigned counsel, and hereby files his Response to Defendant's Harry Nelson's Motion to Quash Service and in support thereof states as follows:

1.   The Court has entered an Order directing the Clerk to Issue an Alias Summons.
     .
2.   Plaintiff by concession concedes the points raised in the Motion to Quash.


DATED        November 24, 2015
             Miami Beach, FL

                              Respectfully Submitted,

                              Steven C. Fraser, Esq.
                              J.H. Zidell, P.A.
                              Attorney for Plaintiff
                              300 71st Street, Suite 605
                              Miami Beach, Florida 33141
                              Tel: (305) 865-6766
                              Fax: (305) 865 – 7167
                              Email: steven.fraser.esq@gmail.com

                              By:__/s/ Steven C. Fraser _____

Steven C. Fraser, Esq.
Florida Bar Number: 625825

## CERTIFICATE OF SERVICE:

I hereby certify that on November 24, 2015, I electronically filed the Response to the Order to Show Cause  with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

___/s/Steven C. Fraser___
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

David R. Howland, Esq.
Law Offices of David R. Howland
1450 Madruga Avenue, Suite 203
Coral Gables, Florida 33146
(305)662-9510
(305)662-4339
davidrhowland@howlandlaw.com