UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22842-CIV-UNGARO/OTAZO-REYES

PEDRO BARBAN,

    Plaintiff,

v.

GENESIS JUNGLES LLC,
BARBARA MEDINA, and
HARRY NELSON,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Harry Nelson's ("Nelson") Motion to Quash Service of Process (hereafter, "Motion to Quash") [D.E. 26]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 27].

On November 24, 2015, the undersigned issued an Order to Show Cause requiring Plaintiff Pedro Barban ("Barban") to show cause why the Motion to Quash should not be granted by default, or alternatively, file a response in opposition to the Motion to Quash [D.E. 32]. In response, Barban stated that: (1) "[t]he Court has entered an Order directing the Clerk to Issue an Alias Summons," and (2) he "concedes the points raised in the Motion to Quash." [D.E. 33]. Accordingly, it is

ORDERED AND ADJUDGED that the Motion to Quash [D.E. 26] is GRANTED without prejudice to service of the Alias Summons.

2

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of November, 2015.

*Alicia Otz Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:  United States District Ursula Ungaro
     Counsel of Record