UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22842-CIV-OTAZO-REYES

CONSENT CASE

PEDRO BARBAN,

    Plaintiff,

v.

GENESIS JUNGLES LLC,
BARBARA MEDINA, and
HARRY NELSON,

    Defendants.
_____/



CLOSED CIVIL CASE

ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (hereafter, "Motion") [D.E. 43]. To approve the settlement, the Court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350, 1355 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. at 1354.

The Court has reviewed the terms of the Settlement Agreement and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

ORDERED and ADJUDGED that the parties' Settlement Agreement is APPROVED and the action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and

attorney's fees, except as otherwise stated in the Settlement Agreement. The Court retains jurisdiction to enforce the terms of the parties' settlement. The Clerk is directed to CLOSE THIS CASE. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of December, 2015.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record